IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-221-D

| | | |
|---|---|---|
| JOHN ARCHIE CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| WAL-MART STORES EAST, L.P., | ) | |
| WAL-MART ASSOCIATES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On May 3, 2016, defendants moved to dismiss the plaintiff's claims for unfair and deceptive trade practices [D.E. 7] and filed a memorandum in support [D.E. 8]. Plaintiff did not respond.

Having reviewed plaintiff's complaint and the cases cited in defendants' memorandum, defendants are correct. Accordingly, the court GRANTS defendants' motion to dismiss [D.E. 7] plaintiff's unfair and deceptive trade practices claim, and DISMISSES the claim with prejudice.

SO ORDERED. This 16 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge