IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:16-CV-221

| | |
|---|---|
| JOHN ARCHIE CAIN,<br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; WAL-MART STORES EAST, LP; and WAL-MART, ASSOCIATES, INC.,<br>    Defendants | **ORDER ON**<br>**JOINT MOTION TO REMAND** |

THIS MATTER is before the Court on the parties' Joint Motion for Remand (DE 39). The issue has been briefed and it is ripe for disposition.

On 17 March, 2016, this action was removed to this Court from the Superior Court of Cumberland County, North Carolina, invoking the Court's diversity jurisdiction. The parties have now filed a Joint Motion for Remand and requested Remand back to the Superior Court of Cumberland County, North Carolina.

## CONCLUSION

WHEREFORE, the this Court __GRANTS__ the parties' Joint Motion for Remand with direction to the Clerk to mail a certified copy of this Order of Remand to the Clerk of Court of Cumberland County, North Carolina. The State Court may thereupon proceed with this case.

SO ORDERED, this the __10__ day of __April__, 2019.

                     _____
                     James C. Dever, III
                     Federal District Court Judge Presiding