IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division – Raleigh

Case No. 5: 16-CV-221

| | |
|---|---|
| JOHN ARCHIE CAIN,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>WAL-MART STORES INC.;<br>WAL-MART STORES EAST, LP; and<br>WAL-MART ASSOCIATES, INC.,<br>　　　　　　　　　　　Defendants. | **NOTICE OF RESOLUTION OF ATTORNEY FEE ISSUE** |

**NOW COMES** the plaintiff, John Archie Cain by and through his undersigned attorney and shows to the Court that the issue involving attorney fees set out in the Court's previous Order concerning discovery has now been resolved to the satisfaction of both parties

This the 10th day of April, 2019.

**BRENT ADAMS & ASSOCIATES**

/s/ Brenton D. Adams
BRENTON D. ADAMS
P.O. Box 1389
Dunn, NC 28335
State Bar No.  11
Telephone:　　910-892-8177
Facsimile:　　910-892-0652
E-Mail:　　　brent@brentadams.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division – Raleigh

Case No. 5: 16-CV-221

| | |
|---|---|
| JOHN ARCHIE CAIN,<br>　　　　　　　　　　　　Plaintiff,<br>v.<br>WAL-MART STORES INC.;<br>WAL-MART STORES EAST, LP; and<br>WAL-MART ASSOCIATES, INC.,<br>　　　　　　　　　　　　Defendants. | **CERTIFICATE OF SERVICE** |

　　　This is to certify that the undersigned has this date served the foregoing **NOTICE OF RESOLUTION OF ATTORNEY FEE ISSUE**, in the above entitled action upon all parties to this cause by depositing a copy in exclusive care and custody of the United States Postal Service, properly addressed to the attorney or attorneys for said parties, and electronically as listed below:

　　　　　　　　　　Michael W. Washburn
　　　　　　　　　　Jonathan Martin
　　　　　　　　　　Brown, Crump, Vanore & Tierney, L.L.P
　　　　　　　　　　Post Office Box 1729
　　　　　　　　　　Raleigh, NC 27602
　　　　　　　　　　Facsimile: 919-835-0915
　　　　　　　　　　mwashburn@bcvtlaw.com
　　　　　　　　　　jmartin@bcvtlaw.com
　　　　　　　　　　*Attorneys for Defendants*

This the 10th day of April, 2019.

　　　　　　　　　　**BRENT ADAMS & ASSOCIATES**

　　　　　　　　　　/s/ Brenton D. Adams
　　　　　　　　　　BRENTON D. ADAMS
　　　　　　　　　　P.O. Box 1389
　　　　　　　　　　Dunn, NC 28335
　　　　　　　　　　State Bar No.　11
　　　　　　　　　　Telephone:　　910-892-8177
　　　　　　　　　　Facsimile:　　 910-892-0652
　　　　　　　　　　E-Mail:　　　 brent@brentadams.com

2